Date: 12/06/2019                    Judge: Claude M. Hilton
                                    Reporter: J. Egal

Start: 10:08am
Finish: 10:18

Civil Action Number: 1:19cv809

Muhammad Qasemy

vs.

Quality Midwestern Holdings, Inc., et al

Appearances of Counsel for (X) Pltf (X) Deft
(  ) Matter is uncontested
Motion to/for:

#10 – Plaintiff's Motion for Conditional Certification

Argued &
(X) Granted  (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(  ) Report and Recommendation to Follow
(X) Order to Follow